# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A. as Trustee for LSF9 Master Participation Trust,<br><br>Plaintiff,<br><br>v.<br><br>SARAH LIM KIM, an individual, and MEDET MURAT, an individual,<br><br>Defendants. | Case No. 2:20-cv-04559-JWH-JEM<br><br>**JUDGMENT** |

In accordance with the Order on Plaintiff's Motion for Default Judgment [ECF No. 52] entered in the above-captioned action on June 2, 2021, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered as follows:

1. This Court has personal jurisdiction over the parties and subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Judgment is entered in **FAVOR** of Plaintiff U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") and **AGAINST** Defendant Medet Murat ("Murat") as follows:

    a. The Court **QUIETS TITLE** in the property located at 3331 Wolf Creek Court, Simi Valley, California (the "Property") in favor of Plaintiff U.S. Bank and against Defendant Murat and all others claiming a legal or equitable interest in the Property, as of August 23, 2018. The legal description of the Property is as follows: LOT 221 OF TRACT NO. 4998-4, IN THE CITY OF SIMI VALLEY, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS SHOWN ON A SUBDIVISION MAP RECORDED IN BOOK 134 PAGES 90 TO 105 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES SUBSTANCES AND MINERALS IN AND UNDER SAID LAND FOR THE PURPOSE OF EXPLORING FOR OR EXTRACTING SUCH OIL, GAS OR OTHER HYDROCARBON SUBSTANCES AND MINERALS, APN # 624-0-050-085.

    b. The Grant Deed recorded on April 22, 2020, as document number 20200422-00054428-0 in the Ventura County Recorder's Office

is **CANCELLED** and is **NULL AND VOID AND WITHOUT ANY LEGAL EFFECT**.

    c.    Plaintiff U.S. Bank is **AWARDED** damages in the amount of $70,186.00 from Defendant Murat.

3.    To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 7, 2021

*/s/ John W. Holcomb*
John W. Holcomb
UNITED STATES DISTRICT JUDGE